# United States Court of Appeals
## For the First Circuit

No. 09-1247

OLGA E. AGUSTY-REYES; ARMANDO RIVERA CABALLERO,

Plaintiffs, Appellants,

v.

THE DEPARTMENT OF EDUCATION OF THE COMMONWEALTH OF PUERTO RICO;
MIGUEL HERNÁNDEZ-CRUZ,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on April 6, 2010, is amended as follows:

On page 2, line 1, the word "reasonable" should be inserted between "all" and "inferences."

On page 24, line 23, a comma should be inserted between "behavior" and "well."